In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-219 CR


____________________



JOSE DOMINGO GARCIA, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 96179






MEMORANDUM OPINION



 Appellant Jose Domingo Garcia pled guilty to murder without a plea bargain
agreement. The trial court found Garcia guilty of murder and assessed punishment at fifty
years of imprisonment.

 Garcia's appellate counsel filed a brief that presents counsel's professional evaluation
of the record and concludes the appeal is frivolous. See Anders v. California, 386 U.S. 738,
87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim. App.
1978). On September 20, 2007, we granted an extension of time for appellant to file a pro
se brief. We received no response from appellant.

 We reviewed the appellate record, and we agree with counsel's conclusion that no
arguable issues support an appeal. Therefore, we find it unnecessary to order appointment
of new counsel to re-brief the appeal. Compare Stafford v. State, 813 S.W.2d 503, 511 (Tex.
Crim. App. 1991). We affirm the trial court's judgment. (1)

 AFFIRMED.




 _____________________________

 STEVE McKEITHEN 

 Chief Justice


Submitted on February 5, 2008

Opinion Delivered February 13, 2008

Do Not Publish


Before McKeithen, C.J., Gaultney and Horton, JJ.
1. Appellant may challenge our decision in this case by filing a petition for
discretionary review. See Tex. R. App. P. 68.